June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

BRANT OILFIELD MANAGEMENT AND SALES, INC., Appellant

NO. 14-15-00240-CV                    V.

MOUNTWEST, INC., Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Mountwest, Inc., signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in the award of attorney's fees. We therefore order that the portions of the judgment that award attorney's fees are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

       Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

       We order that each party shall pay its costs by reason of this appeal.

       We further order this decision certified below for observance.